400 A.2d 611

Commonwealth v. Myers, Appellant.

Petition for Allowance of Appeal Denied March 1, 1979.

Argued December 6, 1978. John J. Hagarty, for appellant; Frank Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.